CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Roanoke
for
SEP 13 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ASHANTI RHAN HENRY,<br>    Plaintiff, | Civil Action No. 7:13-cv-00376 |
| v. | **MEMORANDUM OPINION** |
| Russell, et al,<br>    Defendant(s). | By: Norman K. Moon<br>United States District Judge |

Ashanti Rhan Henry, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered 8/13/2013, the court directed plaintiff to submit within 10 days from the date of the Order his certified trust account information for the six-month period immediately preceding the filing of his complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he has not returned the requested financial information. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 13th day of September, 2013.

United States District Judge