CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
SEP 13 2013
JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| ASHANTI RHAN HENRY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00376 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| RUSSELL, ET AL, | ) | By:    Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 13th day of September, 2013.

_____
United States District Judge